# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DONQIA JEROME BEAVERS,

    Plaintiff,                                Civil Action No. 23-10802
                                        Honorable Jonathan J.C. Grey

v.

BRYAN DUNN and WILLIAM DYKE,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 29)

Pro se plaintiff Donqia Jerome Beavers filed this 42 U.S.C. § 1983 lawsuit against defendants Bryan Dunn and William Dyke, alleging that, although he had been granted special meal accommodations to accommodate his religious preferences for Ramadan, such accommodations were deficient. This matter comes before the Court on Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation dated October 24, 2023. (ECF No. 29.) In the Report and Recommendation, the Magistrate Judge recommends that the Court dismiss Beavers' cause of action with prejudice due to Beavers' failure to respond to two orders to respond issued by the Magistrate Judge (*See* ECF Nos. 21, 27.) (*Id.*) No

party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated October 24, 2023 (ECF No. 29) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED**.

<br>

Dated: November 30, 2023

                              s/Jonathan J.C. Grey
                              JONATHAN J.C. GREY
                              UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 30, 2023.

                                s/ S. Osorio
                                Sandra Osorio
                                Case Manager